

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00757-CV

**BOARD OF ADJUSTMENT FOR THE CITY OF SAN ANTONIO, TEXAS**
and Trinity University,
Appellants

v.

Patrick **KENNEDY** Jr., Blair Labatt, Taylor Collins, Dana McGinnis
and Clair Oppenheimer O'Malley,
Appellees

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-16640
Honorable Cathleen M. Stryker, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the judgment of the trial court is REVERSED, and judgment is RENDERED affirming the decision of the Board of Adjustment for the City of San Antonio, Texas. It is ORDERED that appellants recover their costs for this appeal from appellees.

SIGNED July 3, 2013.

_Catherine Stone_
Catherine Stone, Chief Justice